MARGUERITE MACENTEE, Appellant, v. WILLIAM D. MACKAY et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 921.] Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

PAULINE MOMOT, Appellant, v. EDRIN CONSTRUCTION CORP., Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

BENJAMIN R. ORENT, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, and NEW ROCHELLE TRUST COMPANY et al., Defendants-Appellants.— Motion referred to the court that rendered the decision. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. Motion to resettle amended order entered on December 18, 1944 (*ante*, p. 1005), granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

AUGUST B. PETERS et al., as Executors under the Will of BERTHA PETERS, Deceased, Respondents, v. PRINCE FAIR HOLDING CORPORATION, Defendant, and SYLVAN E. BOWLES, Defendant-Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

WILLIAM H. PURVIN, Respondent, v. HAROLD N. GREY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Appellant's time to answer is extended until ten days after the entry of the order hereon. [See *ante*, p. 1005.] Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

TOWN OF GREENBURGH, Respondent, v. J. F. SHEA CO., INC., et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 998.] Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Substituted Trustee under the Will of JULIA B. BEEBE, Deceased, Respondent. GRACE B. STILES et al., Appellants.— Decree of the Kings County Surrogate's Court dismissing and disallowing objections filed to the accounting by the substituted trustee, so far as appealed from, unanimously affirmed, with costs payable out of the estate. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Aldrich, JJ. [See 269 App. Div. 672.]

In the Matter of S. LEIGHTON FROOKS, Judgment-Creditor-Appellant, v. WILL N. CLURMAN, Judgment-Debtor-Defendant. STANLEY GOTTFRIED, Respondent.— These appeals are taken from certain orders which directed the appellant to pay certain sums of money over to one Edward Potter. Edward Potter was a party to the proceeding in the Supreme Court, but no appeal is taken insofar as the orders affect him, and his rights are not before this court. The interest of the respondent in the moneys directed to be paid over depends upon the disposition of the orders insofar as they direct the money to be paid to Potter. Appeals dismissed, with ten dollars costs and disbursements, on the ground that Edward Potter is a necessary party to the appeal. In any event, consideration of the merits would require affirmance. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.